UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Tracie Upchurch
        Bankruptcy No. 11-17065AMC
        Adversary No.
        Chapter          13

                                        Date:   July 15, 2016

To:            Carol McCullough, Esq.

## NOTICE OF INACCURATE FILING

        Re:  Notice of Motion (docket #160)

The above pleading was filed in this office on **7/14/16.**  Please be advised that the following document(s)
filed contains a deficiency as set forth below:


        ()      Debtor's name does not match case number listed
        ()      Debtor's name and/or case number (is) are missing
        ()      Wrong PDF document attached
        ()      PDF document  not legible
        (x)     Notice of Motion/Objection...judge's name is incomplete
        ()      Electronic Signature missing
        ()      Other


In order for this matter to proceed, please submit the above noted correction within fourteen (14) days
from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail
address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.


                                        Timothy B. McGrath
                                        Clerk


                                        By:  **Randi Janoff**
                                        Deputy Clerk


CM-ECF 10 day notice.frm
4/30/04