## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

TRACIE UPCHURCH : CASE NO. 11-17065AMC

## ORDER

AND NOW, this ___ day of August, 2016, upon consideration of the Modification of Chapter 13 Plan After Confirmation, any responses thereto, and a hearing on the matter, it is hereby

ORDERED AND DECREED that the Modification of the Chapter 13 Plan After Confirmation be and it is hereby APPROVED.

BY THE COURT:

_____
BANKRUPTCY JUDGE