United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-17065-amc
Tracie Upchurch                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD         Page 1 of 1              Date Rcvd: Aug 11, 2016
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2016.
db             +Tracie Upchurch,    8044 Temple Road,    Philadelphia, PA 19150-1225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2016 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        ANN E. SWARTZ    on behalf of Creditor    Bank Of America, NA ecfmail@mwc-law.com,
         ecfmail@mwc-law.com
        CAROL B. MCCULLOUGH     on behalf of Debtor Tracie  Upchurch mcculloughheisenberg@gmail.com,
         G25217@notify.cincompass.com
        CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank Of America, NA ecfmail@mwc-law.com
        KEVIN T MCQUAIL    on behalf of Creditor    Bank Of America, NA ecfmail@mwc-law.com
        MARGARET  GAIRO    on behalf of Creditor    Bank Of America, NA ecfmail@mwc-law.com
        MARISA MYERS COHEN    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC
         Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP mcohen@mwc-law.com
        MARISA MYERS COHEN    on behalf of Creditor    Bank Of America, NA mcohen@mwc-law.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
         philaecf@gmail.com
                                                                                                      TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

TRACIE UPCHURCH : CASE NO. 11-17065AMC

### ORDER

AND NOW, this ___ day of August, 2016, upon consideration of the Modification of Chapter 13 Plan After Confirmation, any responses thereto, and a hearing on the matter, it is hereby

ORDERED AND DECREED that the Modification of the Chapter 13 Plan After Confirmation be and it is hereby APPROVED.

BY THE COURT:

_____
BANKRUPTCY JUDGE