United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-17065-amc
Tracie Upchurch                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi           Page 1 of 2              Date Rcvd: Jan 19, 2017
                            Form ID: 138NEW       Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2017.
```
db            +Tracie Upchurch,    8044 Temple Road,    Philadelphia, PA 19150-1225
aty           +DEAN R. PROBER,    20750 Ventura Blvd. Suite 100,    Woodland Hills, CA 91364-6207
cr            +Bank of America N.A., et al c/o Prober & Raphael,,    20750 Ventura Blvd, Suite 100,
                Woodland Hills, CA 91364-6207
cr            +Wilmington Savings Fund Society, FSB,    14841 Dallas Parkway, Suite 300,
                Dallas, TX 75254-7883
12540918      +Addison Avenue Fcu,    Po Box 779004,    Rocklin, CA 95677-9004
12545174     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  FIA CARD SERVICES, N.A.,     PO Box 15102,
                Wilmington, DE 19886-5102)
13551005      +BANK OF AMERICA, N.A.,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
                701 Market Street Suite 5000,    Philadelphia, PA 19106-1541
12540920      +Bac Home Loans,    Po Box 15222,    Wilmington, DE 19886-5222
12540919      +Bac Home Loans,    C/O McCabe Weisberg & Conway,    123 South Broad Street,
                Philadelphia, PA 19109-1029
12540921      +Bank Of America,    Po Box 15019,    Wilmington, DE 19886-5019
13839158      +Bank of America N.A.,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                Phila., PA 19106-1541
12763544      +Bank of America NA,    c/o Marisa J. Cohen, Esq.,    McCabe, Weisberg & Conway PC,
                123 S. Broad St., Ste. 2080,    Phila., PA 19109-1031
12608746       Bank of America, NA,    Retail Payment Srvs.,    PO Box 660933,    Dallas, TX 75266-0933
12609739      +Bank of America, NA,    c/o MARISA MYERS COHEN,    123 S Broad Street, Suite 2080,
                Philadelphia, PA 19109-1031
12540922      +Chase,    Po Box 24696,    Columbus, OH 43224-0696
12577000       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12643475      +Chestnut Hill Healthcare,    c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
12557319       FIA Card Services NA as successor in interest to,     Bank of America NA (USA) and MBNA,
                America Bank NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12609680     ++GALWAY FINANCIAL SERVICES LLC,    1290 W SPRING ST SE,    SUITE 270,    SMYRNA GA 30080-3690
              (address filed with court:  Galway Financial Services,     3870 Peachtree Industrial Blvd,
                Suite 150-316,    Duluth GA 30096)
12563865      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
12540923       Sears,    PO Box 6189,    Sioux Falls, SD  57117-6189
12667954       VERIZON,    PO BOX 3037,    BLOOMINGTON, IL  61702-3037
12540924      +Verizon,    500 Technology Drive,    Weldon Spring, MO 63304-2225
13777815       Wilmington Savings Fund Society,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
                One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
13777814      +Wilmington Savings Fund Society,    440 South LaSalle Street, Suite 2000,
                Chicago, IL 60605-5011
13656956      +Wilmington Savings Fund Society FSB,    c/o Alexander K. Lee,    Aldridge Pite LLP,
                4375 Jutland Dr., Ste. 200,    PO Box 17933,    San Diego, CA 92177-7921
13589874      +Wilmington Savings Fund Society, FSB,    Fay Servicing, LLC,    939 W. North Avenue, Suite 680,
                Chicago, IL 60642-1231
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jan 20 2017 02:47:58      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 20 2017 02:47:05
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 20 2017 02:47:51      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 20 2017 02:57:52
                Midland Funding LLC by American InfoSource LP as a,     Attn: Department 1,    PO Box 4457,
                Houston, TX  77210-4457
13561857       E-mail/Text: ally@ebn.phinsolutions.com Jan 20 2017 02:46:26      Ally Financial f/k/a GMAC,
                PO Box 130424,    Roseville, MN 55113-0004
12605814       E-mail/Text: bankruptcy@phila.gov Jan 20 2017 02:47:58      City of Philadelphia,
                SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
                1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
12768819       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 20 2017 02:51:39
                CR Evergreen II, LLC,    PO Box 10587,    Greenville, SC 29603-0587
12775350       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 20 2017 02:52:04      LVNV Funding LLC,
                c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13028121       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 20 2017 02:57:44      Midland Funding LLC,
                by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                Houston, TX  77210-4457
                                                                                               TOTAL: 9
```

```
District/off: 0313-2          User: Randi                Page 2 of 2                   Date Rcvd: Jan 19, 2017
                              Form ID: 138NEW            Total Noticed: 36


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CR Evergreen II, LLC,    PO Box 10587,    GREENVILLE, SC  29603-0587
cr*             LVNV Funding LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC  29603-0587
cr*             Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
cr*            +Wilmington Savings Fund Society, FSB,    Fay Servicing, LLC,    939 W. North Avenue, Suite 680,
                 Chicago, IL 60642-1231
13028748*       Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
12603293      ##+McCullough Eisenberg, LLC.,    65 West Street Road,    Suite A-105,    Warminster, Pa 18974-3204
12581048      ##+THE BANK OF NEW YORK MELLON, et al,    c/o Bank of America, N.A.,
                 Bk. Dept.Mail Stop: CA6-919-01-23,    400 National Way,    Simi Valley, CA 93065-6414
12667955      ##VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
                                                                                              TOTALS: 0, * 5, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Bank Of America, NA ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CAROL B. MCCULLOUGH    on behalf of Debtor Tracie  Upchurch mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CELINE P. DERRKRIKORIAN    on behalf of Creditor    Bank Of America, NA ecfmail@mwc-law.com
              DAVID W. RAPHAEL    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               draphael@grenenbirsic.com, mcupec@grenenbirsic.com
              KEVIN T MCQUAIL    on behalf of Creditor    Bank Of America, NA ecfmail@mwc-law.com
              MARGARET GAIRO    on behalf of Creditor    Bank Of America, NA ecfmail@mwc-law.com
              MARISA MYERS COHEN    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC
               Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP mcohen@mwc-law.com
              MARISA MYERS COHEN    on behalf of Creditor    Bank Of America, NA mcohen@mwc-law.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Tracie Upchurch
     Debtor(s)

Bankruptcy No: 11−17065−amc
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

      For The Court

      Timothy B. McGrath
      Clerk of Court

Dated: 1/19/17

186 − 185
Form 138_new