IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Tracie Upchurch<br>        Debtor | : Bankruptcy No. 11-17065-amc<br>: Chapter 13<br>:<br>: |
| Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT c/o Fay Servicing, LLC | :<br>:<br>:<br>: |
|         Movant | : |
| vs. | : |
| Tracie Upchurch | : |
|         Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
|         Trustee/Respondent | : |

**CERTIFICATION OF SERVICE OF MOTION,
RESPONSE DEADLINE AND HEARING DATE**

    I, Danielle Boyle-Ebersole, attorney for the Movant, Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT c/o Fay Servicing, LLC certify the Motion of Movant and hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, or Electronic Mail on **February 17, 2017** upon the following:

Carol B. McCullough
Via ECF:
mcculloughheisenberg@gmail.com
*Attorney for Debtor*

William C. Miller, Esquire
Via ECF:
ecfemails@ph13trustee.com
*Trustee*

Tracie Upchurch
8044 Temple Road
Philadelphia, PA 19150
Via First Class Mail
*Debtor*

Dated: February 17, 2017

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121