United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 11-17065-amc
Tracie Upchurch                                                     Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2          Date Rcvd: Feb 24, 2017
                             Form ID: 3180W        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2017.
db              +Tracie Upchurch,    8044 Temple Road,    Philadelphia, PA 19150-1225
12643475        +Chestnut Hill Healthcare,    c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
12557319         FIA Card Services NA as successor in interest to,    Bank of America NA (USA) and MBNA,
                 America Bank NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12609680        ++GALWAY FINANCIAL SERVICES LLC,    1290 W SPRING ST SE,    SUITE 270,    SMYRNA GA 30080-3690
                 (address filed with court: Galway Financial Services,    3870 Peachtree Industrial Blvd,
                 Suite 150-316,    Duluth GA 30096)
12563865        +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13589874        +Wilmington Savings Fund Society, FSB,    Fay Servicing, LLC,    939 W. North Avenue, Suite 680,
                 Chicago, IL 60642-1231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Feb 25 2017 02:13:34     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 25 2017 02:12:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 25 2017 02:13:31     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13561857         EDI: GMACFS.COM Feb 25 2017 01:43:00     Ally Financial f/k/a GMAC,    PO Box 130424,
                 Roseville, MN 55113-0004
12545174         EDI: BANKAMER2.COM Feb 25 2017 01:43:00     FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102
12605814         E-mail/Text: bankruptcy@phila.gov Feb 25 2017 02:13:34     City of Philadelphia,
                 SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
12775350         EDI: RESURGENT.COM Feb 25 2017 01:43:00     LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
13028121         EDI: AIS.COM Feb 25 2017 01:43:00     Midland Funding LLC,    by American InfoSource LP as agent,
                 Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
12581048        +EDI: BANKAMER.COM Feb 25 2017 01:43:00     THE BANK OF NEW YORK MELLON, et al,
                 c/o Bank of America, N.A.,    Bk. Dept.Mail Stop: CA6-919-01-23,    400 National Way,
                 Simi Valley, CA 93065-6414
                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13028748*        Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
12603293        ##+McCullough Eisenberg, LLC.,    65 West Street Road,    Suite A-105,    Warminster, Pa 18974-3204
                                                                      TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Feb 26, 2017                          Signature:   /s/Joseph Speetjens

District/off: 0313-2          User: admin                Page 2 of 2              Date Rcvd: Feb 24, 2017
                             Form ID: 3180W              Total Noticed: 15

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
            ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
            bkgroup@kmllawgroup.com
            ANN E. SWARTZ    on behalf of Creditor    Bank Of America, NA ecfmail@mwc-law.com,
            ecfmail@mwc-law.com
            CAROL B. MCCULLOUGH    on behalf of Debtor Tracie  Upchurch mcculougheisenberg@gmail.com,
            G25217@notify.cincompass.com
            CELINE P. DERRKRIKORIAN    on behalf of Creditor    Bank Of America, NA ecfmail@mwc-law.com
            DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB
            debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
            DAVID W. RAPHAEL    on behalf of Creditor    Wilmington Savings Fund Society, FSB
            draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
            KEVIN T MCQUAIL    on behalf of Creditor    Bank Of America, NA ecfmail@mwc-law.com
            MARGARET  GAIRO    on behalf of Creditor    Bank Of America, NA ecfmail@mwc-law.com
            MARISA MYERS COHEN    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC
            Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP mcohen@mwc-law.com
            MARISA MYERS COHEN    on behalf of Creditor    Bank Of America, NA mcohen@mwc-law.com
            THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
            philaecf@gmail.com
            WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 14

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Tracie Upchurch** | | Social Security number or ITIN | **xxx–xx–7953** |
| | First Name | Middle Name | Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | Social Security number or ITIN  _ _ _ _ |
| | | | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | | |
| Case number:  **11–17065–amc** | | | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tracie Upchurch

<u>2/23/17</u>

**By the court:**    <u>Ashely M. Chan</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                                **Chapter 13 Discharge**                                page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**