United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Tracie Upchurch
    Debtor

Case No. 11-17065-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Mar 15, 2017
Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2017.
db      +Tracie Upchurch,    8044 Temple Road,    Philadelphia, PA 19150-1225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2017 at the address(es) listed below:

     ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
     ANN E. SWARTZ    on behalf of Creditor    Bank Of America, NA ecfmail@mwc-law.com, ecfmail@mwc-law.com
     CAROL B. MCCULLOUGH    on behalf of Debtor Tracie  Upchurch mcculloughheisenberg@gmail.com, G25217@notify.cincompass.com
     CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank Of America, NA ecfmail@mwc-law.com
     DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB debersole@hoflawgroup.com, bbleming@hoflawgroup.com
     DAVID W. RAPHAEL    on behalf of Creditor    Wilmington Savings Fund Society, FSB draphael@grenenbirsic.com, mcupec@grenenbirsic.com
     KEVIN T MCQUAIL    on behalf of Creditor    Bank Of America, NA ecfmail@mwc-law.com
     MARGARET  GAIRO    on behalf of Creditor    Bank Of America, NA ecfmail@mwc-law.com
     MARISA MYERS COHEN    on behalf of Creditor    Bank Of America, NA mcohen@mwc-law.com
     MARISA MYERS COHEN    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP mcohen@mwc-law.com
     THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
     WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com

     TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Tracie Upchurch : Case No. 11−17065−amc
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , March 15, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

195
Form 195